■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINTON IRONS, Appellant. — Three judgments of the Supreme Court, Kings County (Lentol, J.), all rendered June 3, 1981, affirmed. *(People v Bell,* 47 NY2d 839.) Lazer, J. P., Thompson, Bracken and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LEE MAY, Appellant. — Judgment of the Supreme Court, Kings County (Kooper, J.), rendered February 2, 1981, affirmed (see *Hoffa v United States,* 385 US 293, 310; *People v Hopkins,* 58 NY2d 1079). Titone, J. P., Lazer, Mangano and O'Connor, JJ., concur.